UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marina C.,

    Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi
Noem, *Secretary, U.S. Department of
Homeland Security*; Todd M. Lyons,
*Acting Director of Immigration and
Customs Enforcement*; and David
Easterwood, *Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement*,

    Respondents.

Case No. 26-cv-494 (ECT/DJF)

**ORDER**

---

Petitioner Marina G. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents are directed to file an answer to the Petition by no later than **January 23, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

  a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

  b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.      Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.      Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

    e.      Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.      If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than **January 25, 2026**.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.      Respondents are hereby **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of her Petition.

Dated:  January 21, 2026                s/ Eric C. Tostrud
                                        Eric C. Tostrud
                                        United States District Court